UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, L.L.C.,
d/b/a LIVING ESSENTIALS,   11-13537

    Plaintiff,   District Judge Stephen J. Murphy III

v.   Magistrate Judge R. Steven Whalen

ASPEN FITNESS PRODUCTS, INC.,
d/b/a ON GO ENERGY, ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on December 5, 2013, Defendants' Motion to Compel Depositions [Doc. # 123] is GRANTED.[1] Defendants may depose Manoj Bhargava, Plaintiff's CEO, after Plaintiff Derrick George is deposed. Mr. Bhargava's deposition will be limited to three hours, beginning from when he is sworn as a witness.

    IT IS SO ORDERED.

Dated: December 5, 2013        S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 5, 2013, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable R. Steven Whalen

---

[1] At oral argument on December 5, 2013, the parties agreed that the Defendants would depose Scott Henderson and Plaintiff's Rule 30(b)(6) witness after Plaintiff Derrick George's deposition.